FILED

SEP 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-140-BLG-SPW-2 |
|---|---|
| Plaintiff/Respondent, | |
| vs. | ORDER VACATING RE-SENTENCING HEARING |
| RODRICK D. GANT, | |
| Defendant/Movant. | |

The United States of America has moved to vacate the re-sentencing hearing scheduled for September 13, 2018 at 9:30 a.m. (Doc. 188) based on the government filing a motion for leave to file a motion for reconsideration, pursuant to L.R. 7.3. For good cause showing,

IT IS HEREBY ORDERED that the re-sentencing hearing scheduled for September 13, 2018 at 9:30 a.m. is **VACATED** to be reset by further order of the Court.

IT IS FURTHER ORDERED that the United States' Motion for Leave to File a Motion for Reconsideration (Doc. 89) is **GRANTED**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of September, 2018.

SUSAN P. WATTERS
United States District Judge