# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA BILLINGS DIVISION

UNITED STATES OF AMERICA

v.

RODRICK D. GANT

**JUDGMENT IN A CRIMINAL CASE**

Case Numbers: CR 11-131-BLG-SPW-1
CR 11-140-BLG-SPW-2
USM Number: **11519-046**
**Palmer A. Hoovestal**
Defendant's Attorney

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | CR 11-131-BLG-SPW-1: 1 and 4 of the Indictment<br>CR 11-140-BLG-SPW-2: 1 and 3 of the Indictment |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| **CR 11-131-BLG-SPW-1:** | | |
| 18:922A.F False Statement During Firearms Transaction | 9/13/2010 | 1 |
| 18:922A.F False Statement During Firearms Transaction | 3/9/2011 | 4 |
| | | |
| **CR 11-140-BLG-SPW-2:** | | |
| 18:1951.F Conspiracy To Commit Robbery Affecting Commerce | 11/30/2011 | 1 |
| 18:922G.F Possession Of A Firearm By Person Convicted Of Misdemeanor Crime Of Domestic Violence | 11/30/2011 | 3 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

 It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 12, 2019
Date of Imposition of Judgment

*Susan P. Watters* (signature)
Signature of Judge

**Susan P. Watters**
**United States District Judge**
Name and Title of Judge

December 12, 2019
Date

DEFENDANT: RODRICK D. GANT
CASE NUMBERS: CR 11-131-BLG-SPW-1
CR 11-140-BLG-SPW-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: CR 11-131-BLG-SPW-1: time served with no supervision to follow; CR 11-140-BLG-SPW-2: time served with no supervision to follow. The terms in each case shall run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ☐ a.m. ☐ p.m. on

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
DEPUTY UNITED STATES MARSHAL